Rapoport, Spitz, Friedland & Courtney and Alan J. Rapoport, for relator.

Casimir T. Adulewicz, pro se.

THE STATE OF OHIO, APPELLANT, *v.* FITCH, APPELLEE.

[Cite as *State v. Fitch,* 104 Ohio St.3d 156, 2004-Ohio-6387.]

(No. 2002–1953—Submitted October 26, 2004—Decided December 8, 2004.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for resentencing consistent with *State v. Jordan,* 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellant.

THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE,
*v.* COLBERT, APPELLEE AND CROSS-APPELLANT.

[Cite as *State v. Colbert,* 104 Ohio St.3d 156, 2004-Ohio-6388.]

(No. 2003–0033—Submitted October 26, 2004—Decided December 8, 2004.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for resentencing consistent with *State v. Jordan*, 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Julianne L. Weintraub, Assistant Prosecuting Attorney, for appellant and cross-appellee.

David H. Bodiker, State Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellee and cross-appellant.

THE STATE OF OHIO, APPELLANT, *v.* FINGER, APPELLEE.

[Cite as *State v. Finger,* 104 Ohio St.3d 157, 2004-Ohio-6390.]

(No. 2003–0396—Submitted October 26, 2004—Decided December 8, 2004.)

{¶ 1} The Court of Appeals for Cuyahoga County certified the following issue to this court:

{¶ 2} "Whether, when a trial court fails to notify an offender at plea or sentencing of mandatory post-release control, a reviewing court should reverse the sentence and remand for resentencing that includes the post-release control advisory or find that the defendant's prison sentence does not include post-release control."